Order entered September 2, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00470-CR

### EDWARD FRANK WILLIAMS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F13-24143-I**

## ORDER

The Court **REINSTATES** the appeal.

Appellant's brief was originally due on June 17, 2015. On July 1, 2015, appellant filed a motion seeking an extension until August 28, 2015 to file his brief. The Court granted the extension only until July 17, 2015. When the brief was not filed by July 31, 2015, we ordered the trial court to make findings regarding the brief. We **ADOPT** the trial court's findings that: (1) appellant is not indigent; (2) appellant is represented by retained counsel Thomas Pappas; and (3) Mr. Pappas did not appear at the hearing regarding appellant's brief despite repeated attempts to contact him and requesting his presence. The trial court made no finding as to whether Mr. Pappas has abandoned the appeal.

Accordingly, we **ORDER** appellate counsel Thomas Pappas to file appellant's brief by **SEPTEMBER 18, 2015**.  If the brief is not filed by that date, we will, without further notice, submit the appeal without briefs.  *See* TEX. R. APP. P. 38.8(b)(4).

We **DIRECT** the Clerk to send copies of this order to Thomas  Pappas and the Dallas County District Attorney's Office.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE